UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL. A.R. HITLER, JR.<br>　　　　Petitioner,<br>　　v.<br>COUNTY OF MARIN JAIL,<br>　　　　Respondent. | Case No. 18-04692 BLF (PR)<br>**ORDER OF DISMISSAL** |

On August 3, 2018, Petitioner initiated an action pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice informing him that he had failed to pay the filing fee or file an application to proceed *In Forma Pauperis* ("IFP").[1] (Docket No. 3.) Petitioner was advised that failure to pay the filing fee or file a complete IFP application within twenty-eight days would result in the action being dismissed. (*Id.*)

The deadline has passed, and Plaintiff has not paid the filing fee or filed an IFP application. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: Septemeber 26, 2018

　　　　　　　　　　　　　　　　　　/s/ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Clerk also sent Petitioner a notice to file a petition on the Court's form and a copy of a Petition for Writ of Habeas Corpus, (Docket No. 2), which Petitioner returned on August 15, 2018. (Docket No. 4.)

Order of Dismissal
P:\PRO-SE\BLF\CR.18\04692Hitler_dism-ifp.docx