United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL. A.R. HITLER, JR.<br>Petitioner,<br>v.<br>COUNTY OF MARIN JAIL,<br>Respondent. | Case No. 18-04692 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\04692Hitler_jud.docx